# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN THE MATTER OF THE COMPLAINT,

- of -

MORRIS GLOVER, as Owner of a 1999 23' Kencraft Runabout, for Exoneration from or Limitation of Liability,

                      Petitioner.

Civil Action No.:
3:18-cv-15791-FLW-TJB

## ORDER NOTING DEFAULTS

**WHEREAS**, a Petition/Complaint for Exoneration from or Limitation of Liability was filed herein on November 7, 2018 by petitioner MORRIS GLOVER, as Owner of a 1999 23' Kencraft Runabout; and

**WHEREAS**, an Order was issued and entered on December 10, 2018 to all persons potentially asserting claims, damages, and/ or losses arising out of the June 30, 2018 boating incident which occurred while on the navigable waters of the United States, on the Barnegat Bay off Waretown, NJ, citing and requiring all persons to appear before the Court and file their respective claims in writing, and to serve copies thereof on the attorneys for Petitioner, and to answer the allegations of the Complaint herein on or before January 25, 2019 (the 'Claim Bar' date), and

**WHEREAS**, notice of the Order having been given and published as required, and copies of the Order having been mailed in accordance with the Order; and

**WHEREAS**, the Claim Bar date of January 25, 2019 has long passed and no claims have been filed; now

**THEREFORE**, upon motion of petitioner MORRIS GLOVER, by his attorneys, pursuant to Fed. R. Civ. P. 78, for the reasons set forth herein and for good cause shown, it is hereby:

**ORDERED**, that the monition period to file and present claims, damages and/or losses arising out of the June 30, 2018 boating incident is closed, and it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that a default is entered against all persons with claims, damages and/or losses arising out of the June 30, 2018 boating incident, who have not filed and presented claims or answers by the Court ordered Claim Bar date, and that all such persons are hereby barred from filing any claims or answer in this or any other proceeding.

Dated: May 7, 2019

                                                  /s/ Freda L. Wolfson
                                                  Hon. Freda L. Wolfson
                                                  U.S. District Judge